**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7        UNITED STATES DISTRICT COURT
8        NORTHERN DISTRICT OF CALIFORNIA
9
10   BARRETT PURDUM ET AL,                         No. C-13-04816 DMR
11              Plaintiffs,                        **ORDER TO SHOW CAUSE**
12        v.
13   DAVID WOLFE,
14              Defendant.
     _____/
15
16        Plaintiffs' motion for a preliminary injunction is set for a hearing on January 9, 2014.
17   Pursuant to Civil Local Rule 7-3, any brief in opposition to Plaintiffs' motion was due on December
18   4, 2013, but no such opposition has been received. Defendant David Wolfe is ordered to respond by
19   **12:00 p.m. on December 9, 2013**, and show cause for his failure to respond to the motion in
20   accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the
21   motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute
22   permission to file a late opposition. If Defendant does not respond by 12:00 p.m. on December 9,
23   2013, Plaintiffs' motion may be granted.
24        IT IS SO ORDERED.
25
26   Dated: December 6, 2013
27                                          _____
28                                          DONNA M. RYU
                                            United States Magistrate Judge

IT IS SO ORDERED

Judge Donna M. Ryu