UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARRETT PURDUE ET AL,

        Plaintiff(s),

   v.

DAVID WOLFE,

        Defendant(s).
_____/

No. C-13-04816 DMR

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

The court is in receipt of Defendant's response to the court's December 6, 2013 Order to Show Cause. [Docket No. 28.] The Order to Show Cause is discharged. Defendant's opposition to Plaintiffs' motion for preliminary injunction will be deemed timely if filed on ECF prior to 12:00 a.m. on December 9, 2013. *See* N.D. Cal. Civ. L.R. 5-1(e)(4), 7-3(a).

IT IS SO ORDERED.

Dated: December 6, 2013

_____
DONNA M. RYU
United States Magistrate Judge