United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRETT PURDUM ET AL,<br><br>    Plaintiffs,<br><br>  v.<br><br>DAVID WOLFE,<br><br>    Defendant.<br>_____/<br><br>OLIVERS APPAREL, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BARRETT PURDUM ET AL,<br><br>    Defendants.<br>_____/ | No. C-13-04816 DMR<br>No. C-13-05284 DMR<br><br>**ORDER RE AMENDMENT OF PLEADINGS** |

In formulating the court's case management plan for *Purdum et al. v. Wolfe*, No. 13-4816 DMR, and *Olivers Apparel, LLC v. Purdum et al.*, No. 13-5284 DMR, the court assumed that one outcome of the first trial would be a determination of the parties' ownership interests in Olivers Apparel, LLC and its assets. However, as the parties' claims are currently pled, it is unclear what causes of action and remedies will lead to a determination of the parties' ownership interests.

1 Therefore, the parties must address these issues in their pleadings by May 23, 2014, the deadline set
2 by the court to amend the pleadings.

4     IT IS SO ORDERED.

6 Dated: March 26, 2014



_____
DONNA M. RYU
United States Magistrate Judge

2