DARREN S. ENENSTEIN (SBN 195894)
*Email: dse@enensteinlaw.com*
MICHAEL T. ROSENTHAL (SBN 206552)
*Email: mrosenthal@enensteinlaw.com*
**ENENSTEIN & RIBAKOFF, APC**
233 Wilshire Blvd., Suite 400
Santa Monica, California 90401
Phone: (310) 899-2070
Fax: (310) 496-1930

LEE B. SZOR (SBN 276381)
*Email: lszor@vernonlawgroup.com*
**THE VERNON LAW GROUP, PLLC**
1040 Greenwich St., Suite 5
San Francisco, California 94133
Phone: (415) 630-5701

Attorneys for Defendant David Wolfe

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRETT PURDUM, MICHAEL MAHER, and MICHAEL ARMENTA,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID WOLFE,<br><br>Defendant. | Case No.: 4:13-cv-04816-DMR<br><br>[proposed] **ORDER GRANTING STIPULATED REQUEST TO CHANGE THE HEARING DATE FOR PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE AMENDED COMPLAINT** AS MODIFIED |

1          This Court, having carefully reviewed and considered the parties' Stipulated Request to

2  Change the Hearing Date for Plaintiffs' Motion for Leave To Amend the Amended Complaint,

3  hereby ORDERS:

4          Plaintiffs' Motion for Leave to Amend the Amended Complaint (Rec. Doc. 60) shall be heard

5  on ~~June 26, 2014~~ July 31, 2014 at 11:00 a.m. at The Oakland Courthouse, Courtroom 4, 1301 Clay Street, Oakland

6  California 94612. The former hearing date of July 10, 2014 shall be taken off calendar.

7          PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9  Dated: June 16, 2014                           _____
                                                  United States Magistrate Judge Donna M. Ryu