# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## AMENDED CIVIL LAW & MOTION MINUTE ORDER

**CASE NO.  C 13-04816-DMR**

**CASE NAME:  BARRETT PURDUM ET AL v. DAVID WOLFE**

**MAGISTRATE JUDGE DONNA M. RYU**          **COURTROOM DEPUTY: Ivy Garcia**

**DATE**: July 31, 2014          FTR: Motion Hrg.: 11:07-11:27; Case Mgmt. Conf.: 11:27-11:29

| COUNSEL FOR PLAINTIFFS: | COUNSEL FOR DEFENDANT: |
|---|---|
| Christopher S. Finnerly (by CourtCall) | Lee Szor |

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Plaintiffs' Motion to Amend/Correct the Amended Complaint [Docket No. 60] | GRANTED IN PART/DENIED IN PART, WRITTEN ORDER TO FOLLOW |
| 2. Discovery Letter Brief [Docket No. 63] (Plaintiffs' motion to compel) | GRANTED IN PART/DENIED IN PART (SEE BELOW) |
| 3. Further Case Management Conference HELD | |

**ORDERED AFTER HEARING:**
**Plaintiffs' Motion to Compel:**
  1. RFPs 1, 2 (communications): GRANTED.
  2. RFP 5 (legal bills): Plaintiffs may propound an interrogatory seeking, by month, the total amount of legal fees billed and paid by Defendant and Olivers.  Defendant shall provide a verified response to the interrogatory.
  3.  RFPs 6, 7 (financial information): GRANTED.
All responsive documents and Defendant's privilege log due by 8/14/14.

**CMC:**
    The parties shall contact Dana Curtis, the assigned mediator, directly if a further mediation session is necessary.

**ORDER TO BE PREPARED BY:**          [] Plaintiff          [] Defendant          [x] Court

**CASE CONTINUED TO:**

**cc:**          **Chambers**
* (T) = Telephonic Appearance